AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Jessica Lizbeth Gonzalez-Gonzalez | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____November 2, 2021_____ in the county of _____Webb_____ in the
_____Southern_____ District of _____Texas_____, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| Title 8 United States Code, Section 1324 | Knowing and in reckless disregard of the fact that an alien had come to, entered, and remained in the United States in violation of law, did transport and move and attempted to transport and move and conspired to transport and move such alien within the United States by means of transportation and otherwise in furtherance of such violation of law. |

This criminal complaint is based on these facts:

See attachment "A".

☑ Continued on the attached sheet.

/S/ Luis Guerra
_____
*Complainant's signature*

Luis Guerra, HSI Special Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____11/04/2021_____

_____
*Judge's signature*

City and state: _____Laredo, Texas_____

Christopher Dos Santos, U.S. Magistrate Judge
_____
*Printed name and title*

ATTACHMENT "A"
Page 1


I, Luis Guerra, a Homeland Security Investigations (HSI) Special Agent (SA), have knowledge of the following facts derived, in part, from either my personal observations, my training and experience, and/or information obtained from other agents and witnesses:

On November 2, 2021, Laredo South Border Patrol Agents (BPAs) contacted HSI to advise they had received information indicating a suspected undocumented noncitizen (UNC) and suspected guide were going to be transported to the Jarvis Plaza by the El Aguila Bus Service.

While conducting surveillance, BPAs witnessed one suspected female UNC and a suspected male guide exit El Aguila Bus Service at Jarvis Plaza.  The two subjects walked towards San Agustin Plaza and sat down.

At approximately 10:40 a.m., BPAs observed a black Chevrolet Impala arrived at Jarvis Plaza and parked. The suspected female UNC walked towards the Impala and entered the vehicle. BPAs advised Customs and Border Protection Air and Marine Operations (CBP AMO) of the description of the vehicle.  CBP AMO located the vehicle and maintained aerial surveillance of the vehicle until the Impala came to a stop near Laredo Street and North Martin Avenue.

At approximately 10:50 a.m., CBP AMO advised that the black Chevrolet Impala met with a black Cadillac Escalade and the suspected female UNC exited the Impala and entered the black Escalade.  CBP AMO maintained visual of the black Escalade until it arrived at a residence on the 3500 Block of South Louisiana Avenue. CBP AMO advised that the female subject exited the black Escalade and entered the residence and then the black Escalade departed.

At approximately 11:08 a.m., Webb County Constables Precinct 2 (WCCO) was notified, and Deputy J. Pinales responded to the area. Deputy J. Pinales conducted a vehicle stop on the black Escalade on the 3000 Block of Colombia Dr. for a moving violation. Supervisory BPA (SBPA) R. Chapa and HSI SA L. Guerra approached the driver, later identified as Jessica Lisbeth GONZALEZ-Gonzalez. During the interview, GONZALEZ-Gonzalez admitted to dropping off one UNC at a residence on the 3500 Block of South Louisiana Avenue.

At approximately 11:40 a.m., HSI SA Guerra, SBPA Chapa and WCCO Deputy Milera conducted a knock and talk at the residence located on the 3500 Block of South Louisiana Avenue. A male subject, later identified as a UNC, opened the front door and HSI SA Guerra observed multiple subjects inside the residence. HSI SA Guerra and SBPA Chapa initiated a call out and 25 subjects exited the residence.

BPAs conducted an immigration inspection on the 25 subjects encountered and determined all subjects were illegally in the United States (U.S.) with no legal right to be in or remain in the U.S.

Eber Nahum NUNEZ-Sanchez and Sandy Anylu ZUNIGA-Rangel are citizens of Mexico and are being held as material witnesses relating to the human smuggling event. NUNEZ and ZUNIGA admitted to illegally entering the U.S. by crossing the Rio Grande River to be smuggled to various cities in the U.S. for various amounts of money.

ZUNIGA was shown a 6-pack photograph array, and positively identified Jessica Lisbeth GONZALEZ-Gonzalez as the individual who transported her to the residence.

HSI SAs subsequently arrested Jessica Lisbeth GONZALEZ-Gonzalez for violation of 8 USC 1324 (a)(1)(A)(iii) and initiated an investigation.